MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:  TAMARA DIONNE BEACHAM

Case No.: 24-01458-JAW

_____
*Debtor(s)*

Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
21ST MORTGAGE CORPORATION _____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> wholly owned subsidiary of CMH Services, Inc., which is a wholly owned subsidiary of Clayton Homes, Inc., which is owned subsidiary of Berkshire Hathaway, Inc.

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 04/25/2025

_____
Attorney Signature

Edward E. Lawler, Jr.          1095
Attorney Name                  State Bar Number

Post Office Box 2488
Address

Ridgeland, MS 39158
City, State, and Zip Code

601-572-8778          elawler@mckaylawler.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**