

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **TAMARA DIONNE BEACHAM** | **24-01458 – JAW** |

### AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 61) and the Debtor's Response (DK # 62); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall remit $2,751.67 to the Trustee on or before December 17, 2025, or this case shall be dismissed without further notice or hearing.

THAT, if paid, the post-petition mortgage payment arrears through November 2025 shall be paid on an altered basis over the remaining plan period, with the regular maintenance payments to commence with the December 1, 2025, payment.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, should the Debtor become 60 days or more delinquent in plan payments calculated from December 1, 2025, then this case shall be dismissed without further notice or hearing.

### ##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR