United States Bankruptcy Court
Southern District of Mississippi

In re:      Case No. 24-01458-JAW
Tamara Dionne Beacham      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 1
Date Rcvd: Nov 14, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara Dionne Beacham, PO Box 544, Hazlehurst, MS 39083-0544 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tamara Dionne Beacham trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| TAMARA DIONNE BEACHAM | 24-01458 – JAW |

**AGREED ORDER**

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 61) and the Debtor's Response (DK # 62); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, the Debtor shall remit $2,751.67 to the Trustee on or before December 17, 2025, or this case shall be dismissed without further notice or hearing.

THAT, if paid, the post-petition mortgage payment arrears through November 2025 shall be paid on an altered basis over the remaining plan period, with the regular maintenance payments to commence with the December 1, 2025, payment.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to afford completion within the remaining term of the confirmed plan.

THAT, should the Debtor become 60 days or more delinquent in plan payments calculated from December 1, 2025, then this case shall be dismissed without further notice or hearing.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn                    /s/ Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902         THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                     ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM