United States Bankruptcy Court

Southern District of Mississippi

In re:

Tamara Dionne Beacham

     Debtor

Case No. 24-01458-JAW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3             User: mssbad             Page 1 of 2

Date Rcvd: Apr 24, 2026             Form ID: ntcdsm             Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamara Dionne Beacham, PO Box 544, Hazlehurst, MS 39083-0544 |
| 5387683 | | Miles Auto Sales, 5435 I55 S Frontage Rd, Byram, MS 39272 |
| 5404077 | + | Miles Auto Sales LLC, 5435 I-55 S, Byram, MS 39272-5512 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 24 2026 19:43:22 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| 5387678 | | Email/Text: ebn@21stmortgage.com | Apr 24 2026 19:45:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5387679 | + | EDI: CITICORP | Apr 24 2026 23:43:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5410813 | | EDI: CITICORP | Apr 24 2026 23:43:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5387681 | | EDI: IRS.COM | Apr 24 2026 23:43:00 | Department of Treasury- Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5387680 | + | EDI: AMINFOFP.COM | Apr 24 2026 23:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5413383 | + | Email/Text: bankruptcy@towerloan.com | Apr 24 2026 19:45:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5387682 | + | Email/Text: ebone.woods@usdoj.gov | Apr 24 2026 19:45:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5403405 | | EDI: JEFFERSONCAP.COM | Apr 24 2026 23:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5387684 | | EDI: MSDOR | Apr 24 2026 23:43:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5437169 | | EDI: MSDOR | Apr 24 2026 23:43:00 | Mississippi Department of Revenue, Bankruptcy Section-Miss Dept of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5387685 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 19:45:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5400301 | + | EDI: JEFFERSONCAP.COM | Apr 24 2026 23:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5400302 | + | EDI: JEFFERSONCAP.COM | Apr 24 2026 23:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: ntcdsm | Total Noticed: 24 |

| | | | | 56302-7999 |
|---|---|---|---|---|
| 5387686 | + | EDI: SYNC | Apr 24 2026 23:43:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5387687 | | Email/Text: bankruptcy@towerloan.com | Apr 24 2026 19:45:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5387688 | ^ | MEBN | Apr 24 2026 19:43:08 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5394024 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 19:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5387689 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 24 2026 19:45:00 | USAA FSB, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5394142 | + | Email/Text: RASEBN@raslg.com | Apr 24 2026 19:45:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5409182 | + | EDI: AIS.COM | Apr 24 2026 23:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tamara Dionne Beacham trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.:  24−01458−JAW
Chapter:  13

In re:
Tamara Dionne Beacham
aka Tamara Beacham
PO Box 544
Hazlehurst, MS 39083

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−4195

Employer Tax Identification No(s). (if any):

**Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on April 24, 2026.

Dated: 4/24/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600