

# INVOICE

Invoice # 8989
Date: 04/27/2026
Due On: 05/27/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tamara Dionne Beacham

## 05428-Beacham Tamara Dionne

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 11/26/2024 | Reviewed Order Granting 1st Application for Compensation; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed Lodestar Analysis; drafted Invoice, Notice, 2nd Application for Compensation, Affidavit, Accounting, and proposed Order; drafted memo to TR with same attached for his review and approval; drafted e-mail memo to VM with attached Affidavit for her to obtain TR's signature and notarize. | 0.40 | $155.00 | $62.00 |
| Service | TR | 11/26/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/26/2024 | Reviewed memo from TR approving Response to trustee's Motion to Dismiss; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/26/2024 | Call Debtor: Reviewed case notes and Pacer for previous BKs filed and notes regarding converting to chapter 7; called debtor - discussed converting, explained about secured debts being behind; reviewed claims on trustee's site with her; discussed that her uncle is going to help her get herself back together, that she inherited her daughter's two children, and is still grieving hard; she said she | 0.60 | $155.00 | $93.00 |

|  |  |  | will be able to handle an increased payment but she has to get through the rough patch - with her uncle's help; reviewed plan - debtor's unsecured debts are 0%; drafted e-mail memo to TR explaining debtor's situation and informing she will be able to pay higher amount if cured. |  |  |  |
|---|---|---|---|---|---|---|
| Service | JC | 11/27/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A, Exhibit B, and proposed Order; reviewed e-mail memo from VM with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/27/2024 | Reviewed memo from TR regarding Notice, Motion to Allow Payment Arrearage, and proposed Order; revised same; converted to pdf in preparation for upload to CertificateofService.com | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/02/2024 | Reviewed Declaration of Mailing from CertificateofService.com and converted to e-filing format in preparation 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit B, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/02/2024 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Allow Payment Arrearage and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/04/2024 | Review: 24-01458-JAW Response Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/04/2024 | Review: 24-01458-JAW Hearing Set Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/11/2024 | Review email from Josh Lawhorn re: resetting hearing and resolution | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/13/2024 | Review: 24-01458-JAW Order Setting, Resetting, or Continuing a Hearing Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/30/2024 | Review: 24-01458-JAW Order on Application for Compensation | 0.10 | $360.00 | $36.00 |

Invoice # 8989 - 04/27/2026

| | | | Document# 42 | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-01458-JAW Department of Treasury- Internal Revenue Service Document # Amended 6 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/02/2025 | Drafted e-mail to MS Dept of Revenue to determine if debtor has a tax liability. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/06/2025 | Reviewed e-mail from MS Dept of Rev informing they filed POC; reviewed docket to confirm same. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/08/2025 | Review file and Draft email to Josh Lawhorn re: settling upcoming hearings | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: 24-01458-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/22/2025 | Review: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | CO | 04/03/2025 | Incoming Call: Phone conference with debtor requesting to speak to JC; offered to take a message and debtor stated she would call back in a couple of hours. | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/16/2025 | Incoming Call: Debtor called to speak with JC, she was unable to take call so I took a message. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/16/2025 | Call Debtor: Called debtor per her request; she wanted to discuss options; she said that losing her daughter, inheriting her children, and then having knee surgery has been so much; she is considering dismissing or possible conversion; discussed both in detail; she will contact me back and let me know what she wants to do; if she chooses to dismiss, she is going to e-mail or text and let me know in writing. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 04/28/2025 | Review: 24-01458-JAW Motion for Relief From Stay Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/28/2025 | Review: 24-01458-JAW Hearing Set Document# 52 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/06/2025 | Incoming Call: Telephone call from debtor inquiring about Motion for | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Relief filed by 21st Mortgage; explained that it was filed because she wasn't paying her plan payments so TT was not disbursing funds to 21st but since she is paying again, I will let TR know for the hearing; she said she is still looking into dismissing but needs to contact the secured debt creditors to find out how much she will be behind; reviewed trustee's site with debtor and informed payments received and delinquent amount; drafted text message to debtor providing trustee's address for mailing payments to pay delinquency and provided amount delinquent; drafted memo to TR informing debtor's wage order has resumed and she is going to send in extra to bring her payments current. | | | |
| Service | JC | 05/12/2025 | Created ECF folder; Reviewed and revised all ECF filings to add correct name and docket number; merged into ECF folder. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/12/2025 | Reviewed 21st Mortgage's Motion for Relief; drafted Response to same; drafted memo to TR attaching Motion and Response for his review. | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/13/2025 | Review and approved Response to MFR | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/13/2025 | Reviewed memo from TR approving Response to MFR; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/13/2025 | Drafted e-mail to attorney for 21st Mortgage requesting an AO. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/14/2025 | Reviewed e-mail correspondence between attorney for 21st and TR regarding AO; attorney informed he showed delinquency for Feb forward; reviewed NDC; drafted reply to both informing debtors employer made 3 payments in April and the trustee disbursed $1652.13 to 21st on April 25th. | 0.30 | $155.00 | $46.50 |
| Service | JC | 05/14/2025 | Reviewed e-mail from TR to 21st Mortgage attorney regarding AO. | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/14/2025 | Sign AO by email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/16/2025 | Review: 24-01458-JAW Order on | 0.10 | $360.00 | $36.00 |

| | | | Motion For Relief From Stay Document# 56 | | | |
|---|---|---|---|---|---|---|
| Service | JC | 05/19/2025 | Incoming Call: Telephone call from debtor informing she has tried contacting 21st Mortgage to find out if they will work with her if she dismisses her BK; she said they transfer her but she never gets anywhere; she also said that USAA will not speak with her; she is going to try calling the others; informed her that we will send letters to USAA and 21st Mortgage giving permission to speak with her. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/20/2025 | Review: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/20/2025 | Drafted letters to 21st Mortgage and USAA authorizing them to speak with debtor; reviewed Notice of Filing; drafted e-mail memo with letters and Notice attached to VM and SA to obtain TR's approval and signature to prepare for mailing to creditor. | 0.30 | $155.00 | $46.50 |
| Service | JC | 05/21/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtor attached copies of letters mailed to USAA and 21st Mortgage on her behalf. | 0.10 | $155.00 | $15.50 |
| Service | CO | 05/21/2025 | Contact Debtor (Text/Email): Review: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay; Drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/25/2025 | Review: 24-01458-JAW Notice of Mortgage Payment Change Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/24/2025 | Call Debtor: Reviewed memo from SA informing debtor requested a call; called debtor; discussed her family situation - her niece died and funeral is this week; she said she is having a hard time dealing with all of the deaths and wants to get out of the BK; she said she called USAA and they will not tell her if they will work with her or not; reviewed trustee's site to provide amount for plan payments; she said she still wants to dismiss but she is going to wait a little bit when she can think more clearly. | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 10/16/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; called debtor, left voicemail; drafted account ledger; drafted e-mail to debtor attaching same and requesting a call. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/16/2025 | Incoming Call: Telephone call from debtor regarding Motion to Dismiss; discussed options for bringing plan payments current. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/17/2025 | Review: 24-01458-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 61 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/20/2025 | Reviewed docket for previous MTDs and other modifications; reviewed AO denying MTD filed in January 2025; reviewed confirmed plan; drafted memo to TR explaining reason for debtor's delinquency and her plan to bring it current. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/20/2025 | Audit Letter | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/24/2025 | Reviewed memo from TR; drafted Response to TT's MTD; prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/28/2025 | Call Debtor: Called debtor; she said she received the Motion to Dismiss in the mail and was confused; informed her that we have already responded and that the trustee could possibly cure her delinquency. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/03/2025 | Reviewed case notes; drafted e-mail to Josh and Justin with debtor's proposed payment plan and requested they draft an AO on TT's MTD. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/03/2025 | Review and respond to email memo: Reviewed e-mail from Josh inquiring if debtor's mother is going to catch up her payments or help her going forward; drafted reply informing she is going to help her going forward. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/04/2025 | Contact Debtor (Text/Email): Reviewed e-mail from Josh regarding the proposed terms of AO; drafted text message to debtor inquiring if | 0.10 | $155.00 | $15.50 |

terms are agreeable.

| Service | JC | 11/04/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring what amount she needs to pay within 30 days; reviewed NDC and informed $2,751.67 is her current plan payment amount, that it will go up once that payment is made and the delinquency is cured, and that I do not yet know what that amount will be. | 0.10 | $155.00 | $15.50 |
|---|---|---|---|---|---|---|
| Service | JC | 11/05/2025 | Reviewed text message from debtor informing she agrees to the terms of the proposed AO; drafted e-mail to Josh informing same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/17/2025 | Review: 24-01458-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/17/2025 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor regarding terms of Agreed Order. | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/08/2025 | Incoming Call: Telephone conference with debtor about the Order the Motion Dismiss denying the dismissal; she is mailing the payment off today; | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/23/2025 | Review: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/23/2025 | Contact Debtor (Text/Email): Reviewed: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/09/2026 | Incoming Call: Phone conference with debtor requesting the exact amount of her monthly payment; reviewed the Trustee's website and provided; also drafted email to debtor with the TFS info; she said she just mailed a payment off last week | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/30/2026 | Incoming Call: Telephone call from debtor informing she has not worked in over a year, that she is basically on medical leave, and will probably have to retire soon; reviewed case notes regarding discussion regarding conversion; discussed conversion process, including being delinquent on secured debtors; reviewed pay | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and tax documents currently on file; drafted claim summary; drafted e-mail to debtor attaching conversion packet and and claim summary, and requesting bank and pay. | | | |
| Service | JAC | 04/27/2026 | Review: 24-01458-JAW Release of Wages Document# 69 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/27/2026 | Review: 24-01458-JAW Order Dismissing Debtor(s) Document# 68 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/27/2026 | Draft Fee Application and Proposed Order: Reviewed 1st and 2nd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,912.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $51.06 | $51.06 |
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $19.78 | $19.78 |
| Expense | 05/20/2025 | Postage: Mailed permission to Contact letters to 21st Mortgage and USAA FSB | 2.00 | $0.69 | $1.38 |
| | | **Expenses Subtotal** | | | **$72.22** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.4 | $360.00 | $504.00 |
| Thomas Rollins | | Attorney | 0.9 | $360.00 | $324.00 |
| Jacki Curry | | Non-Attorney | 6.6 | $155.00 | $1,023.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Vanessa Martinez | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Clara Ortega | | Non-Attorney | 0.1 | $0.00 | $0.00 |

Invoice # 8989 - 04/27/2026

| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
|---|---|---|---|---|
| | | | **Subtotal** | **$1,984.22** |
| | | | **Total** | **$1,984.22** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6685 | 08/23/2024 | $2,326.98 | $0.00 | $2,326.98 |
| 7263 | 12/25/2024 | $2,360.65 | $0.00 | $2,360.65 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8989 | 05/27/2026 | $1,984.22 | $0.00 | $1,984.22 |
| | | | **Outstanding Balance** | **$6,671.85** |
| | | | **Total Amount Outstanding** | **$6,671.85** |