**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Tamara Dionne Beacham, Debtor**           **Case No. 24-01458-JAW**
                                                                                    **CHAPTER 13**

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,308.50 | $18.48 | $2,326.98 | 21 | 08/20/2024 |
| $2,335.00 | $25.65 | $2,360.65 | 42 | 12/27/2024 |
| $1,912.00 | $72.22 | $1,984.22 | n/a | n/a |
| $6,555.50 | $116.35 | $6,671.85 | | |



# INVOICE

# The Rollins Law Firm, PLLC

Invoice # 6685
Date: 07/24/2024
Due On: 08/23/2024

P.O. Box 13767
Jackson, MS 39236
United States

Tamara Dionne Beacham
po box 544
Hazelhurst, MS 39083

## 05428-Beacham Tamara Dionne

## CH 13 hourly - Tamara

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BM | 05/29/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/ exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/30/2024 | Incoming Call: Debtor called requesting to speak with GM; transferred call to GM | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/03/2024 | Drafted email to debtor inquiring after student loan documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/04/2024 | Incoming Call: Telephone conference with the debtor requesting the Jackson office address - told debtor address over the phone; debtor requested a text with the address - drafted text to debtor containing address for Jackson office | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/04/2024 | Debtor dropped documents off and I reviewed and organized them. She sent me her May statements while she was here. | 0.40 | $100.00 | $40.00 |
| Service | VM | 06/04/2024 | Review and organize documents provided by debtor: Scanned and organized client documents into respected folder. | 0.50 | $100.00 | $50.00 |
| Service | BM | 06/04/2024 | Reviewed documents provided by debtor: Information packet, pay stubs, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.30 | $100.00 | $30.00 |

| Service | VM | 06/05/2024 | Call Debtor: Phone conference with debtor regarding questions we had for her, updated her harvesting documents task, reviewed and organized she sent to me. | 0.70 | $100.00 | $70.00 |
|---------|-----|------------|---|------|---------|--------|
| Service | VM | 06/05/2024 | Incoming Call: Debtor called me to see if I could send her General Information Packet | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/06/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $100.00 | $30.00 |
| Service | VM | 06/06/2024 | Reviewed and organized student loan documents into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/06/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/06/2024 | Incoming Call: Telephone conference with debtor about an email that VM had sent stating that she will email those documents tonight; drafted memo to VM | 0.10 | $155.00 | $15.50 |
| Service | VM | 06/07/2024 | Meeting w/ client Document drop off - reviewed docs with her | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/07/2024 | Contact Debtor (Text/Email): Sent email to debtor regarding Tower loan contract | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/10/2024 | Prepare matrix for $\Delta$ to review | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/10/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.30 | $360.00 | $108.00 |
| Service | VM | 06/10/2024 | Call Debtor: Phone conference with debtor inquiring about emergency contacts | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/11/2024 | Contact Debtor (Text/Email): Drafted email to debtor with the list of creditors to review for filing | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/12/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.50 | $360.00 | $180.00 |
| Service | JAC | 06/12/2024 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | VM | 06/12/2024 | Review email from debtor: Reviewed email from debtor regarding her matrix. | 0.10 | $100.00 | $10.00 |

| Service | KAR | 06/13/2024 | Incoming Call: Telephone conference with debtor requesting to speak with GM or VM for an update on her case; drafted memo to VM to call back | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | JC | 06/13/2024 | Call Debtor: Called debtor inquiring if she is ready to proceed with filing her bankruptcy; she will review the e-mail and respond. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 06/14/2024 | Incoming Call: Debtor called requesting to speak with JC; transferred call to JC | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/14/2024 | Incoming Call: Telephone call from debtor; she is scared to move forward with the amount of her plan payment and asked if there was any kind of leniency she can get from the judge; discussed her job, losing her daughter, and her struggle to get through the loss; she said she doesn't want additional stress; she asked about if she was sick or lost her job; discussed suspensions and that we have ways of dealing with the unexpected; asked her about surrendering a vehicle; she said she only has one; drafted memo to JAC to find out if there is anything that can be changed to lower her payments. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 06/14/2024 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/17/2024 | Contact Debtor (Text/Email): Reviewed memo from JAC informing there is nothing we can do to lower her plan payment; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | BM | 06/18/2024 | Incoming Call: Call from debtor with questions about the bankruptcy options provided by the attorney, transferred call to case admin. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/18/2024 | Incoming Call: Telephone call and reviewed e-mail from debtor informing she is ready to file ch 13. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/18/2024 | review clio memo re: Δ ready to move forward | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/18/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/20/2024 | review clio memo re: Δ scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/20/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/24/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & | 0.40 | $360.00 | $144.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | import CCC to best case. File everything with Court. | | | |
| Service | VM | 06/24/2024 | drafted text to debtor informing them their case has been filed; also provided their chapter 13 case number | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/24/2024 | Conference w/ client to review and revise petition schedules statements and plan | 0.50 | $360.00 | $180.00 |
| Service | VM | 06/25/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/25/2024 | Contact Debtor (Text/Email): Reviewed Chapter 13 plan for plan payment information; drafted email to debtor providing her plan payment and information on what to do/expect after filing | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/25/2024 | Review: 24-01458-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/26/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.20 | $360.00 | $72.00 |
| Service | JC | 06/26/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 06/26/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $18.48 | $18.48 |
| Service | BM | 06/26/2024 | Incoming Call: Call from debtor stating her 2010 Honda Accord was repossessed on 6/25/24, Ch 13 was filed 6/24/24. Informed client we will contact the creditor to get her vehicle back. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/26/2024 | Incoming Call: Call from creditor to discuss repossessed Honda Accord. Creditor requested copy of Notice of Filing and proof of insurance. | 0.20 | $100.00 | $20.00 |
| Service | BM | 06/26/2024 | Contact Debtor (Text/Email): Texted debtor requesting copy of car insurance documents to provide to creditor for them to release the vehicle. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/26/2024 | Review and organize documents provided by debtor: Reviewed proof of insurance provided by the debtor. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/26/2024 | Emailed creditor with copy of Notice of Filing and copy of proof of insurance for | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 2010 Honda Accord. | | | |
| Service | JC | 06/26/2024 | Telephone call from BM regarding debtor's repossessed vehicle and lien holder refusing to give it back. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/26/2024 | Incoming Call: Telephone call from debtor while at the car lot to retrieve her repossessed vehicle; she said she is going to e-mail her new insurance card to us as soon as she gets it on e-mail and requested we call the car lot once it is received. Telephone conference with BM regarding same. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 06/26/2024 | Incoming Call: Debtor called requesting to speak with BM - BM was unavailable; transferred call to JC | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/26/2024 | Incoming Call: Telephone call from debtor; her car was working fine yesterday when it was repossessed; when she picked it up, she said she doesn't have any transmission fluid and the AC isn't working; she said they took her bullets from her gun (she is a police officer) and told her they could not give them back; she said her car had been tampered with because it was dirty and it has hand prints on the hood; she wanted to know what we can do about the condition of the car; chat memo with JAC, she said that the debtor would have to show proof of her claim that the condition of the car yesterday vs today; called debtor and informed same; she said there was no way she could provide proof but she was going to her mechanic and maybe he could provide some kind of proof. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/26/2024 | Telephone call from debtor asking what the law was regarding repossessing a car; she said she would find out and may be calling me back; she said they shouldn't have picked it up because she only owed June's payment. | 0.10 | $155.00 | $15.50 |
| Service | VM | 06/26/2024 | Incoming Call: Debtor wanted to speak to BM | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/27/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/27/2024 | Review: 24-01458-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 06/28/2024 | Incoming Call: Telephone conference with debtor - debtor wanted to to know what she needed to do to get her payments set up, for clarification on when she should complete the 2nd ccc and her MOC appointment; explained to debtor that her payment is not due until 30 days after filing her case and that she would receive court documents in the mail including her wage order that she can give to her employer to set up a ganishment - let debtor know that she should go ahead and get her ccc finished up and usually the sooner it is completed the better and it will be one less thing for her to worry about; explained to debtor that she would get a reminder notification about the date and time of her MOC, but if she did not feel comfortable completing the MOC on her own she would need to call the office and let us know and to come in about 10 minutes before her meeting is scheduled to start | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/03/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/11/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating they would like to attend their meeting of creditors in office. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-01458-JAW US Department of Education c/o Nelnet Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-01458-JAW USAA Federal Savings Bank Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 07/15/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card - missing a required bank statement; drafted email to debtor requesting May bank statement for Renassant | 0.50 | $100.00 | $50.00 |
| Service | KAR | 07/16/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her that I emailed her previously and requested that she review my e-mail and get back to me as soon as | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | possible | | | |
| Service | KAR | 07/16/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining bank for required TT documents provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/18/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she received my last email due to her being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/18/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating her wage order has not started. Drafted text to debtor requesting she confirm with her employer that they received the wage order. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/19/2024 | Review: Proof of Claim 24-01458-JAW 21st Mortgage Corp Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JC | 07/22/2024 | Reviewed Schedule B for all bank accounts; reviewed documents compiled by KAR as requested by trustee for 341 MOC creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; submitted all documents via online portal to trustee. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/22/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/23/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.8 | $360.00 | $1,008.00 |
| Thomas Rollins | | Attorney | 1.1 | $360.00 | $396.00 |
| Brooke Brueland | | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Jacki Curry | | Non-Attorney | 1.8 | $155.00 | $279.00 |
| Vanessa Martinez | | Non-Attorney | 2.8 | $100.00 | $280.00 |
| Breanne McDaniel | | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Kirsten Raimey | | Non-Attorney | 1.3 | $100.00 | $130.00 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | | **Total** | **$2,326.98** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6685 | 08/23/2024 | $2,326.98 | $0.00 | $2,326.98 |
| | | | **Outstanding Balance** | **$2,326.98** |
| | | | **Total Amount Outstanding** | **$2,326.98** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# The Rollins Law Firm, PLLC

# INVOICE

Invoice # 7263
Date: 11/25/2024
Due On: 12/25/2024

P.O. Box 13767
Jackson, MS 39236
United States

Tamara Dionne Beacham

## 05428-Beacham Tamara Dionne

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | JC | 07/24/2024 | Drafted Invoice, Notice, First Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/24/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/25/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on her wage order status. | 0.10 | $100.00 | $10.00 |
| Service | JC | 07/26/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 07/29/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on her wage order status. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/30/2024 | Incoming Call: Phone conference with debtor stating she has had a change in circumstances and has heard from her job about her wage order starting next pay check. Drafted email memo to jc about her circumstances. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/31/2024 | Review: Proof of Claim 24-01458-JAW Premier Bankcard, LLC Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/31/2024 | Review: Proof of Claim 24-01458-JAW | 0.20 | $360.00 | $72.00 |

|  |  |  | Internal Revenue Servi Document # 6 |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 07/31/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/01/2024 | Contact Debtor (Text/Email): Drafted text message to debtor requesting tax returns for 2018 and 2020-2023. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/02/2024 | Call Debtor: Reviewed text message from debtor informing she has already filed all but 2018; called debtor, could not leave voicemail; drafted text message informing I will need proof of filing for all or a signed tax return for each of the years. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/04/2024 | Contact Debtor (Text/Email): Reviewed memo from BB informing debtor called and has custody of her grandchildren due to the death of her daughter; drafted e-mail to debtor requesting updated pay and expenses. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/05/2024 | Incoming Call: Telephone call from debtor informing her daughter died last week and needs to do something about payments; informed her that I sent her an e-mail with forms to complete and return along with updated expenses and pay; discussed daughter's death, inheriting daughter's children, meeting of creditors, tax returns, and plan payments; drafted memo to the office informing debtor cannot attend MOC due to daughter's death; reviewed reply from JAC informing I need to update the calendar and to make sure debtor is making plan payments or MOC cannot be rescheduled; reviewed calendar and revised same to reflect debtor not attending; reviewed trustee's site - no payments made; drafted text message to debtor informing she must make a payment in order to rescheduled MOC. | 0.30 | $155.00 | $46.50 |
| Service | JC | 08/05/2024 | Incoming Call: Telephone conference with debtor; she said she cannot think to get tax returns together right now as her daughter died last week, that she is trying to plan her funeral and deal with daughter's two children that she has inherited; requested she get them to me as soon as possible. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/05/2024 | Contact Debtor (Text/Email): Reviewed memo from JAC informing debtor is 0% | 0.10 | $155.00 | $15.50 |

|  |  |  | unsecured and her payments cannot be lowered; drafted e-mail to debtor informing same. |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 08/06/2024 | Ch 13 Meeting of Creditors | 0.40 | $360.00 | $144.00 |
| Service | BB | 08/06/2024 | Incoming Call: Phone conference with debtors vehicle creditor requesting proof of insurance. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/07/2024 | Incoming Call: Phone conference with miles auto sales requesting proof of insurance from the debtor. Phone conference with debtor informing her what is needed. Reviewed email from debtor with the proof of insurance and emailed miles auto sales the proof. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 08/07/2024 | Review: Proof of Claim 24-01458-JAW Jefferson Capital Systems, LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/07/2024 | Drafted email to tc informing him of debtors proof of payment to the trustee and why she had to reschedule her meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/07/2024 | Review: 24-01458-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document# 18 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/09/2024 | Review: Proof of Claim 24-01458-JAW Miles Auto Sales LLC Document # 8 | 0.20 | $360.00 | $72.00 |
| Service | JC | 08/13/2024 | Call Debtor: Reviewed memo from SA informing debtor requested a call; called debtor, could not leave voicemail; drafted text message informing I tried to call her. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/13/2024 | Contact Debtor (Text/Email): Drafted text message to debtor requesting signed tax returns and informing plan payments will increase unless we get the taxes filed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/15/2024 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor requesting signed tax returns. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/19/2024 | Contact Debtor (Text/Email): Drafted follow-up text message to debtor regarding submitting signed tax returns. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/19/2024 | Contact Debtor (Text/Email): Reviewed text from debtor informing she will drop off her tax returns in the morning; drafted | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reply to make sure they are signed. | | | |
| Service | JC | 08/20/2024 | Call Debtor: Reviewed text message from debtor informing she will make sure to sign the tax returns; called debtor regarding dropping off tax returns; she said she will drop them off at the Jackson office tomorrow morning. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/21/2024 | Contact Debtor (Text/Email): Reviewed memo from VM informing debtor did not show for her appointment; drafted text message to debtor requesting she call and schedule another appointment to drop off her tax returns. | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/22/2024 | In-Office Conference: Debtor came to drop off documentation | 0.20 | $100.00 | $20.00 |
| Service | JAC | 08/22/2024 | Review: Proof of Claim 24-01458-JAW Verizon Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/23/2024 | Reviewed signed tax returns for. 2018, 2020, 2021, 2022, and 2023 submitted by debtor; reduced each return to only the pages needed to be filed; reviewed IRS' POC; drafted e-mail to Valerie Ogilvie requesting the returns be filed and the POC be amended. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 08/29/2024 | Review: Proof of Claim 24-01458-JAW Department of Treasury- Internal Revenue Service Document # Amended 6 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/03/2024 | Review file - call Δ to discuss IRS debt being non-dischargeable - discussed Attorney fee in plan and client being behind on bankruptcy payments | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/03/2024 | Review: Proof of Claim 24-01458-JAW Gulfco of Mississippi, LLC Document # 11 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/03/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | BB | 09/05/2024 | Contact Debtor (Text/Email): Drafted email to debtor with instructions on paying her plan payments online. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/09/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if she received my email due to the debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/10/2024 | Contact Debtor (Text/Email): Reviewed | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | text from debtor stating she received the email I sent with the plan payment information to pay online. | | | |
| Service | TR | 09/17/2024 | Attend 341 | 1.10 | $360.00 | $396.00 |
| Service | VM | 09/17/2024 | In-Office Conference: Assisted debtor during Meeting of Creditors as well as sent email to debtor with 2nd credit counseling course instructions. | 1.00 | $100.00 | $100.00 |
| Service | TR | 10/01/2024 | Review docket for confirmation hearing, no objections to resolve | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/10/2024 | Review: 24-01458-JAW Order Confirming Chapter 13 Plan Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/01/2024 | Review: Proof of Claim 24-01458-JAW MISSISSIPPI DEPARTMENT OF REVENUE Document # 12 | 0.20 | $360.00 | $72.00 |
| Service | KAR | 11/14/2024 | Drafted Notice and Motion to Dismiss letter to debtor; drafted email to VM providing letter and Trustee's motion to have signed and mailed to debtor | 0.30 | $100.00 | $30.00 |
| Service | JC | 11/15/2024 | Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; telephone conference with debtor regarding Motion; discussed reason for delinquency and possibly dismissing or curing; discussed process for both. | 0.40 | $155.00 | $62.00 |
| Service | JAC | 11/18/2024 | Review: Proof of Claim 24-01458-JAW Department of Treasury- Internal Revenue Service Document # Amended 6 | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/19/2024 | Incoming Call: Telephone call from debtor; she said she doesn't have the money to refile and she wants to "have the payments put at the back end"; explained to her how payments are spread over the rest of her payments and that her payments will increase; she said she understood, that she just misspoke. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/19/2024 | Drafted text message to debtor informing her IRS claim is all unsecured debt, that she is paying 0% to unsecured claims, and that at the end of the BK, she will owe the full amount plus any accrued interest. | 0.10 | $155.00 | $15.50 |

| Service | TR | 11/19/2024 | Review: 24-01458-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 31 | 0.10 | $360.00 | $36.00 |
|---------|-----|------------|--------------------------------------------------------|------|---------|---------|
| Service | JC | 11/20/2024 | Drafted Response to trustee's Motion to Dismiss; drafted Motion to Allow Payment Arrearages; drafted e-mail memo to TR attaching same for his review. | 0.30 | $155.00 | $46.50 |
| Service | JC | 11/21/2024 | Contact Debtor (Text/Email): Drafted text message to debtor inquiring if she received my previous text message regarding her IRS debt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/25/2024 | Reviewed e-mail memo from TR inquiring if the deceased daughter was a dependent; reviewed debtor's GIP; drafted reply memo e-mail to TR informing daughter was an adult and not a dependent. | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/25/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | JC | 07/25/2024 | Reviewed memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | BB | 07/30/2024 | Call Debtor: Reviewed voicemail from debtor stating she has had a life changing event and would like to speak with someone. Attempted phone conference with debtor which resulted in reaching her full voicemail. Drafted text to debtor informing her of my attempted call. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/30/2024 | Incoming Call: Debtor called requesting to speak with BB; transferred call to BB | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/31/2024 | Review: Proof of Claim 24-01458-JAW Premier Bankcard, LLC Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/06/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting proof of insurance information. | 0.10 | $100.00 | $10.00 |
| Service | JC | 08/07/2024 | Telephone conference with BB regarding various tasks for this debtor. | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/08/2024 | Review: 24-01458-JAW Certificate of Service Document# 19 | 0.10 | $360.00 | $36.00 |

| Service | BB | 08/09/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her of the date and time of her meeting of creditors and scheduling this for in office appointment. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | BB | 08/15/2024 | Reviewed NDC website and confirmed the Trustee is received the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | TR | 08/21/2024 | Review: 24-01458-JAW Order on Application for Compensation Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-01458-JAW Citibank N.A. Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/23/2024 | Review: 24-01458-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/10/2024 | Review: 24-01458-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | VM | 11/14/2024 | Administrative - non-billable work: Packaged and mailed Motion to Dismiss letter | 0.10 | $100.00 | $10.00 |
| Service | VM | 11/19/2024 | Incoming Call: Debtor called to speak with JC, transferred | 0.20 | $100.00 | $20.00 |
| Service | JC | 11/25/2024 | Reviewed text message from debtor confirming she received the text regarding her IRS debt. | 0.10 | $155.00 | $15.50 |
| | | | | | **Services Subtotal** | **$2,335.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $25.65 | $25.65 |
| | | | | **Expenses Subtotal** | **$25.65** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 2.2 | $360.00 | $792.00 |
| | Thomas Rollins | Attorney | 2.1 | $360.00 | $756.00 |
| | Brooke Brueland | Non-Attorney | 1.1 | $100.00 | $110.00 |
| | Jacki Curry | Non-Attorney | 3.4 | $155.00 | $527.00 |

| | | | | |
|---|---|---|---|---|
| Vanessa Martinez | Non-Attorney | 1.2 | $100.00 | $120.00 |
| Kirsten Raimey | Non-Attorney | 0.3 | $100.00 | $30.00 |
| | | | **Subtotal** | **$2,360.65** |
| | | | **Total** | **$2,360.65** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6685 | 08/23/2024 | $2,326.98 | $0.00 | $2,326.98 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7263 | 12/25/2024 | $2,360.65 | $0.00 | $2,360.65 |
| | | | **Outstanding Balance** | **$4,687.63** |
| | | | **Total Amount Outstanding** | **$4,687.63** |