**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**Tamara Dionne Beacham** **24 -01458- JAW**

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Tamara Dionne Beacham | PO BOX 544<br>Hazlehurst MS 39083 | $11.49 |

THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated: August 26, 2025

Respectfully submitted,

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C Rollins, Jr.
trollins@therollinsfirm.com

Tamara Dionne Beacham
PO Box 544
Hazlehurst MS 39083

Dated: August 26, 2025

HAROLD J. BARKLEY, JR.