# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 31, 2026 3:22PM

Harold Barkley, Ch. 13 Trustee

Rcpt. No: 30001172 Trans. Date: Aug 31, 2026 3:22PM Cashier ID: #CyLs (3947)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 24-01458-JAW | 1 | 11.49 | 11.49 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #739593 | 08/31/2026 | $11.49 |
| | | | Total Due Prior to Payment: | $11.49 |
| | | | Total Tendered: | $11.49 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor:** Tamara Dionne Beacham

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**Tamara Dionne Beacham** **24 -01458- JAW**

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
AUG 31 2026
Danny L. Miller, Clerk of Court
By: Deputy Clerk

| Claimant | Mailing Address | Amount |
|---|---|---|
| Tamara Dionne Beacham | PO BOX 544<br>Hazlehurst MS 39083 | $11.49 |

THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated: August 26, 2025

Respectfully submitted,

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C Rollins, Jr.
trollins@therollinsfirm.com

Tamara Dionne Beacham
PO Box 544
Hazlehurst MS 39083

Dated: August 26, 2025

HAROLD J. BARKLEY, JR.

OFFICE OF THE TRUSTEE
CHAPTER 13 PROCEEDINGS
HAROLD J. BARKLEY, JR.
P.O. BOX 4476
JACKSON, MS 39296-4476

JACKSON MS 390
28 AUG 2026AM 3
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 39216 $ 001.07⁰
02 7W
0008039183 AUG 27 2026

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
AUG 31 2026
Danny L. Miller, Clerk of Court
By: ________, Deputy Clerk

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran United States Courthouse
501 E Court St., Suite 2-300
Jackson MS 39201

39201-503675